**No. 69015.**—Davies, Turner & Company v. United States, protest 62/10467 (Philadelphia).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the value of the foreign repairs or alterations was $1,380, and that the applicable customs regulations have now been complied with, the claim of the plaintiff was sustained. *United States* v. *Gruen Watch Co.* (23 CCPA 183, T.D. 48029), followed.

**No. 69016.**—Marconi Instruments, Ltd. v. United States, protest 259323–K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the items in question consist of voltmeters and similar merchandise the same in all material respects as those the subject of *United States* v. *G. L. Electronics, Inc., Arrow Sales, Inc.* (49 CCPA 111, C.A.D. 804), the claim on the plaintiff was sustained.

**No. 69017.**—Bicycle Sales Corporation v. United States, protest 63/21170–17101 (New Orleans).

Opinion by LAWRENCE, J. The official papers disclosing that the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930 (19 U.S.C. § 1514).

**No. 69018.**—R. H. Newmark, Inc. v. United States, protest 64/2346(B) (New York).

Opinion by LAWRENCE, J. The official papers disclosing that the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930 (19 U.S.C. § 1514).